UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:13-cv-00488 |
| | § | |
| $77,802.21 SEIZED FROM FROST BANK | § | |
| ACCOUNT NO. XXXXX2556, | § | |
| Defendant | § | |

**DISCLOSURE OF INTERESTED PARTIES**

NOW COMES the United States of America and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. The United States of America

2. Sambritt LLC
   Mission, Texas

3. Yolanda Cabrera
   Mission, Texas

                Respectfully submitted,

                Kenneth Magidson
                United States Attorney

By:  /s/Lori S. Roth
       Lori S. Roth
       Email: lori.roth@usdoj.gov
       SDTX Bar No. 1383270
       Assistant United States Attorney
       United States Attorney's Office
       1000 Louisiana, Suite 2300
       Houston, TX 77002
       Telephone: (713) 567-9000

**CERTIFICATE OF SERVICE**

      A true and correct copy of this pleading was served on counsel for all parties via electronic filing.

                                                 /s/ Lori S. Roth
                                                 Lori S. Roth