UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:13-CV-488 |
| $77,802.21 SEIZED FROM FROST BANK ACCOUNT NO. XXXXX2556, *et al*, | § § § § | |
| Defendants. | § | |

## ORDER TO STAY

Pending before the Court is the Joint Motion to Stay filed by the United States of America, Sambritt, LLC and Yolanda Cabrera. Having reviewed the motion and the applicable law, this Court determines that the motion should be GRANTED. Accordingly,

IT IS ORDERED that the above-referenced case is stayed until further order of this Court.

SO ORDERED this 24th day of October, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge